No. 81–5144.   DEHART v. WASHINGTON POST CO.   Ct. App. D. C.   Certiorari denied.

No. 81–5146.   DOBBINS v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–5149.   GREEN v. ALLEN, CORRECTIONS DIRECTOR, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 81–5153.   RALSTON v. SMITH, REFORMATORY SUPERINTENDENT, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–5154.   SCOTT v. KENTUCKY.   Sup. Ct. Ky.   Certiorari denied.

No. 81–5155.   YATES ET AL. v. OHIO.   Sup. Ct. Ohio. Certiorari denied.

No. 81–5159.   AYLWARD v. ARIZONA.   Ct. App. Ariz. Certiorari denied.

No. 81–5160.   FLYE v. PARRATT, WARDEN.   C. A. 8th Cir.   Certiorari denied.

No. 81–5161.   CAULTON v. HOSPITAL OF THE GOOD SAMARITAN.   C. A. 9th Cir.   Certiorari denied.

No. 81–5162.   SCOTT v. COLLINS, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–5163.   MERCER v. WASHINGTON ET AL.   Ct. App. D. C.   Certiorari denied.

No. 81–5165.   AUSTIN v. HENDERSON, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.

No. 81–5167.   ZATKO v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.